# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:92cr3094/LAC

CHARLES CHRISTOFERSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   February 17, 2009
Motion/Pleadings:  MOTION TO CORRECT JUDGMENT AND COMMITMENT
Filed by  DEFENDANT PRO SE   on   1/29/2009   Doc.#   278

RESPONSES:

                                   on             Doc.#
                                   on             Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)          Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of February, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) The issue should have been raised upon indictment or at sentencing.  This Court could have acted at that time.*

                                              s/*L.A. Collier*
                                           ***LACEY A. COLLIER***
                           ***Senior United States District Judge***