# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:92cr3094LAC

CHARLES CHRISTOFERSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __APRIL 3, 2009__

Motion/Pleadings: __MOTION FOR RECONSIDERATION ON MOTION TO CORRECT COMMITMENT__

Filed by __DEFENDANT PRO SE__ on __3/13/09__ Doc.# __280__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 21st day of April, 2009, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.