Judgment--Page 1 of 4

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

V                                    Case Number 92-03094-02

CHARLES CHRISTOFERSON
a/k/a Charles Christopherson

## AMENDED JUDGMENT IN A CRIMINAL CASE

Date of Original Judgment: Filed April 7, 1993
Reason for amendment: Correct Spelling of Defendant's Last Name from Christopherson to Christoferson (pursuant to Order dated 4/21/09)

The defendant, Charles Christoferson, was represented by Spiro T. Kypreos, Pensacola, Florida.

The defendant was found guilty by jury verdict of count 1. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| TITLE & SECTION | NATURE OF THE OFFENSE | DATE CONCLUDED | COUNT NUMBER |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Manufacture and Attempt to Manufacture Methamphetamine | 09/23/92 | 1 |

As pronounced on April 5, 1993, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $50.00, for count 1, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this _____ day of June, 2009.

                                    _____
                                    Lacey A. Collier
                                    Senior United States District Judge

Defendant's SSAN: 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
Defendant's Date of Birth: 06/29/65
Defendant's address: 183 Azalea Street, Corvallis, OR 97330

09 JUN -2 AM 10: 44

RECEIVED

Case 3:92-cr-03094-LC Document 282 Filed 06/02/09 Page 2 of 4

AO 245 S (Rev. 4/90)(N.D.Fla. rev.) Sheet 2 - Imprisonment

Judgment--Page **2** of **4**

Defendant: **CHARLES CHRISTOPHERSON**
Case Number: **92-03094-02**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **360 months**.

The defendant is remanded to the custody of the United States Marshal.

RETURN:

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered:

on_____ to_____

at _____ , with a certified copy of this

Judgment.

_____
United States Marshal

By _____
      Deputy Marshal

AO 245 S (Rev. 4/90)(N.D.Fla. rev.) Sheet 3 - Supervised Release

Judgment--Page **3** of **4**

Defendant: **CHARLES CHRISTOPHERSON**
Case Number: **92-03094-02**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 years.**

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3. The defendant shall not own or possess a firearm or destructive device.

4. Under the direction of the U.S. Probation Office the defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 3:92-cr-03094-LC Document 282 Filed 06/02/09 Page 4 of 4

AO 245 S (Rev. 4/90)(N.D.Fla. rev.) Sheet 7 - Statement of Reasons

Judgment--Page **4** of **4**

Defendant: **CHARLES CHRISTOPHERSON**
Case Number: **92-03094-02**

## STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report with the following exception:

The court has ruled that the date of the conspiracy is from on or about December 12, 1991, and continuing through September 23, 1992. Therefore, the offense level is decreased by 2 levels as the defendant's possession of a firearm as noted in paragraph 20 of the presentence report occurred prior to the conspiracy date.

**Guideline Range Determined by the Court:**
| | |
|---|---|
| Total Offense Level: | 40 |
| Criminal History Category: | IV |
| Imprisonment Range: | 360 months to life |
| Supervised Release Range: | 5 years (mandated by statute) |
| Fine Range: | $ 25,000 to $ 4,000,000 |
| Restitution: | $ N/A |

The fine is waived or is below the guideline range because of the defendant's inability to pay.

The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons(s): **It is justified in recognition of the lack of aggravating circumstances in this case.**